UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE No. 22-cv-01095-HLA-PDB

GAIL CAUDLE

     Plaintiff,
vs.

BELK, INC.,
d/b/a Belk at Lake City Mall

     Defendant_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, GAIL CAUDLE, by and through the undersigned counsel, pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action with prejudice against, Defendant, BELK, INC., d/b/a Belk at Lake City Mall, and respectfully requests this Court to terminate the action.

Respectfully submitted this January 4, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.:  628166
J. Courtney Cunningham PLLC
8950 SW 74th Court, Suite 201
Miami, Florida 33156
Telephone: (305) 351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

**Page 1 of 2**

**Caudle v. Belk, Inc., et al**
**Case No. 22-cv-01095-HLA-PDB**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2023., an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*