UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GAIL CAUDLE**,

      Plaintiff,

v.                                                              CASE NO.    3:22-cv-1095-HLA-PDB

**BELK, INC.,** d/b/a
**Belk at Lake City Mall,**

      Defendant.

_____/

## **O R D E R**

Pursuant to the Notice of Voluntary Dismissal with Prejudice (Dkt. 10),

it is

**ORDERED** that this action is **DISMISSED with prejudice**. The

Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day

January, 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record